UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

* * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs. NOTICE OF HEARING

Gene A. Langevin,

Defendant. Civ. No. 01-447(JRT/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 13th day of November, 2001.

* * *

Pursuant to Title 28 U.S.C. §636(b)(1)(A), (B) and (C) and Order of Reference dated November 9, 2001, the Plaintiff's Motion for Summary Judgment [Docket No. 3, filed 10/30/01] is set for Hearing before the undersigned on **Thursday, December 13, 2001, at 10:00 a.m.**, in Court Room 3, United States Courthouse, 515 W. First St., Duluth, Minnesota. The parties' attention is directed to LR 7.1(b).

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
United States Magistrate Judge

(6)

FILED NOV 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK