UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs. ORDER

Gene A. Langevin,

Defendant. Civ. No. 01-447 (JRT/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. That the Plaintiff's Motion for Summary Judgment [Docket No. 3] is GRANTED.

2. That the Clerk of Court is directed to enter Judgment against the Defendant in the sum of $2,680.70, plus prejudgment and post-Judgment interest to date, and such other costs and expenses as authorized by law.

BY THE COURT:

John R. Tunheim

Judge John R. Tunheim
United States District Court

DATED: March 5, 2002
At Minneapolis, Minnesota

MAR 05 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK